# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Scott Bell,

                *Plaintiff,*

v.                                                 Case No. 0:20−cv−00508−ECT−LIB

State Farm Mutual Automobile
Insurance Company, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   State Farm Mutual Automobile Insurance Company

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Matthew E Steinbrink
            901 Marquette
            Suite 500
            Minneapolis, MN
            55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*      By:

                                                             Signature of Clerk or Deputy Clerk
                                                             Lynnette Brennan

Date of Issuance:  February 13, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:20−cv−00508−ECT−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: State Farm Mutual Automobile Insurance Company

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Scott Bell,

*Plaintiff,*

v.                                                                          Case No. 0:20−cv−00508−ECT−LIB

State Farm Mutual Automobile
Insurance Company, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   State Farm Fire and Casualty Company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew E Steinbrink
> 901 Marquette
> Suite 500
> Minneapolis, MN
> 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*          By:

*Signature of Clerk or Deputy Clerk*
Lynnette Brennan

Date of Issuance:  February 13, 2020

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:20−cv−00508−ECT−LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  State Farm Fire and Casualty Company

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: